UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John C. Votta, Jr.</u>

      v.                              Civil No. 07-cv-246-JL

<u>NH Department of Safety, Director of Motor Vehicles</u>

O R D E R

After due consideration of the responses filed, I herewith approve the Report and Recommendations of Magistrate Judge Muirhead dated November 14, 2007, April 1, 2008 and September 23, 2008.

SO ORDERED.

October 15, 2008

_____
Joseph N. Laplante
United States District Judge

cc:    John C. Votta, Jr. , Pro se